Sean P. Nalty (SBN 121253)
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendants
SUN LIFE ASSURANCE COMPANY OF CANADA
AND CROWLEY HOLDINGS INC. EMPLOYEE
BENEFIT PLAN

Robert J. Rosati (SBN 112006)
robert@erisalg.com
Thornton Davidson (SBN 166487)
thornton@erisalg.com
ERISA LAW GROUP
2055 San Joaquin Street
Fresno, CA  93721
Telephone:   559.256.9800
Facsimile:    559.256.9800

Attorneys for Plaintiff  KAREN KNIPPING

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| KAREN KNIPPING<br><br>           Plaintiff,<br><br>    v.<br><br>CROWLEY HOLDINGS, INC., EMPLOYEE BENEFIT PLAN; SUN LIFE ASSURANCE COMPAY OF CANADA<br><br>           Defendants. | Case No. 13-02474-RS<br><br>SECOND  STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT<br><br>Complaint Filed: June 3, 2013<br>Trial Date:<br>Judge:           Hon. Richard Seeborg |

1  Plaintiff Karen Knipping (""plaintiff") and defendants Sun Life Assurance Company of
2  Canada and the Crowley Holding Inc. Employee Benefit Plan ("defendants") (collectively "the
3  Parties") hereby stipulate as follows:

4  **STIPULATION**

5  The Parties previously agreed that defendants could have an extension of time to August 1,
6  2013, to answer Plaintiff's Complaint for Declaratory Relief for LTD Benefits ("the Complaint").
7  Recently, counsel in this matter had productive discussions about settlement of this matter and
8  have agreed to try to resolve this matter within the next 30 days. The Complaint is long and
9  complex and the parties agree that the possibility of settlement will be enhanced if defendants do
10 not have to spend the time and resources drafting the answer to the complaint. Defendants want to
11 focus on settlement.
12  Accordingly the Parties hereby stipulate that defendants have until Monday, September 2,
13 2013 to file an answer in this matter.
14  The parties also recognize that this matter cannot linger. There is a Case Management
15 Conference scheduled for October 3, 2013. This extension will not impact the Case Management
16 Conference or the Parties' preparation for the conference.
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: July 30, 2013　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY: */s/ Sean P. Nalty*
　　　Sean P. Nalty

Attorneys for Defendants
SUN LIFE ASSURANCE COMPANY OF CANADA & CROWLEY HOLDINGS, INC. EMPLOYEE BENEFIT PLAN

DATED: July 30, 2013　　　　　　　　　ERISA LAW GROUP

By: */s/ Robert J. Rosati*
　　　Robert J. Rosati
　　　Thornton Davidson

Attorneys for Plaintiff KAREN KNIPPING

## **ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: July 30, 2013　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART

By: */s/ Sean P. Nalty*
　　　Sean P. Nalty

Attorneys for Defendants
SUN LIFE ASSURANCE COMPANY OF CANADA & CROWLEY HOLDINGS, INC. EMPLOYEE BENEFIT PLAN

## **ORDER**

Based on the stipulation of the Parties stated above, and Good Cause appearing therefore, defendants have until September 2, 2013 to answer the Complaint in this matter.

DATED: __7/31/13_____

_____
Honorable Richard Seeborg
United States District Court Judge

15590117.1