1 | Sean P. Nalty (SBN 121253)
2 | sean.nalty@ogletreedeakins.com
  | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3 | Steuart Tower, Suite 1300
  | One Market Plaza
4 | San Francisco, CA  94105
  | Telephone:   415.442.4810
5 | Facsimile:    415.442.4870

6 | Attorneys for Defendants
  | SUN LIFE ASSURANCE COMPANY OF CANADA
7 | AND CROWLEY HOLDINGS INC. EMPLOYEE
  | BENEFIT PLAN

8

9 | Robert J. Rosati (SBN 112006)
  | robert@erisalg.com
10 | Thornton Davidson (SBN 166487)
   | thornton@erisalg.com
11 | ERISA LAW GROUP
   | 6485 North Palm Avenue, Suite 105
12 | Fresno, CA  93704
   | Telephone:   559.478.4119
13 | Facsimile:    559.478.5939

14 | Attorneys for Plaintiff  KAREN KNIPPING

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| KAREN KNIPPING | Case No. 13-02474-RS |
| Plaintiff, | ORDER<br>**NOTICE OF SETTLEMENT AND THE STIPULATION OF THE PARTIES TAKING THE OCTOBER 3, 2013 CASE MANAGEMENT CONFERENCE OFF CALENDAR** |
| v. | |
| CROWLEY HOLDINGS, INC., EMPLOYEE BENEFIT PLAN; SUN LIFE ASSURANCE COMPAY OF CANADA | |
| Defendants. | Complaint Filed:  June 3, 2013<br>Trial Date:<br>Judge:           Hon. Richard Seeborg |

Case No. 13-02474-RS
NOTICE & STIPULATION

TO THE COURT AND TO THE PARTIES IN THIS MATTER:

### 1. Notice of Settlement

Please be advised that on September 10, 2013, plaintiff Karen Knipping and defendants Crowley Holdings, Inc. Employee Benefit Plan and Sun Life Assurance Company of Canada reached a settlement of all issues in this matter. The Parties anticipate that a stipulation of dismissal, with prejudice, will be filed in this action within the next 45 days.

### 2. Stipulation of the Parties

Through the signature of counsel below, plaintiff Karen Knipping and defendants Crowley Holdings, Inc. Employee Benefit Plan and Sun Life Assurance Company of Canada hereby stipulate that the Case Management Conference, currently scheduled in this matter for October 3, 2013, can be taken off calendar as a result of this settlement.

IT IS SO STIPULATED.

DATED: September 11, 2013          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY: */s/ Sean P. Nalty*__
    Sean P. Nalty

Attorneys for Defendants
SUN LIFE ASSURANCE COMPANY OF CANADA & CROWLEY HOLDINGS, INC. EMPLOYEE BENEFIT PLAN

DATED: September 11, 2013          ERISA LAW GROUP

By: */s/ Thornton Davidson*
    Robert J. Rosati
    Thornton Davidson

Attorneys for Plaintiff KAREN KNIPPING

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  September 11, 2013

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART

By:  /s/ *Sean P. Nalty*
         Sean P. Nalty

Attorneys for Defendants
SUN LIFE ASSURANCE COMPANY OF
CANADA & CROWLEY HOLDINGS, INC.
EMPLOYEE BENEFIT PLAN

## **ORDER**

Based on the stipulation of the parties, and the settlement of this matter, the October 3, 2013 Case Management Conference in this matter is off calendar.

DATED: 9/13/13

_____
Honorable Richard Seeborg
United States District Court Judge

15930614.1