UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN KNIPPING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CROWLEY HOLDINGS, INC.,<br>EMPLOYEE BENEFIT PLAN; SUN LIFE<br>ASSURANCE COMPANY OF CANADA,<br><br>　　　　Defendants. | Case No. 3:13-cv-02474-RS<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. The Court hereby ORDERS that this action be dismissed with prejudice, in its entity, pursuant to a joint motion of the parties and pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: 9/27/13

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge